**Tommy MITTENBURG, Appellant,**

v.

**MISSOURI PRESSED METALS, INC., Respondent,**

**Treasurer of the State of Missouri— Custodian of the Second Injury Fund, Respondent.**

Nos. WD 75244, WD 75246, WD 75247.

Missouri Court of Appeals, Western District.

March 5, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2013.

Application for Transfer Denied June 25, 2013.

Rick E. Koenig, Sedalia, MO, for appellant.

Douglas M. Greenwald and Eric T. Lanham, Kansas City, MO, for respondents.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Tommy Mittenburg appeals three final orders of the Labor and Industrial Relations Commission, each of which denied a workers' compensation claim that he asserted against his employer, Missouri Pressed Metals, Inc. and against the Second Injury Fund, for accidents allegedly occurring on September 24, 2009, December 14–16, 2009, and September 3, 2010. The cases were consolidated for hearing below and are likewise consolidated for this appeal. Mittenburg raises eleven points on appeal. After a thorough review of each finding made by the Commission to which Mittenburg ascribes error, we affirm. Rule 84.16(b).